# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                  **4:21-CR-00034-02-JM**

**MAURICE MACKEY**

## ORDER

Defendant's Motion to Appoint Counsel (Doc. No. 68) to consider a reduction under Amendment 821 is DENIED.

Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 20th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 39.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).