IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **4:21-CR-00034-02-JM**

**MAURICE MACKEY**

## ORDER

For the same reason set out in the Order entered on December 20, 2023,[1] Defendant's Motion to Appoint Counsel (Doc. No. 74) to consider a reduction under Amendment 821 is DENIED.

IT IS SO ORDERED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 69.